UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate No. 19-1582 (DEA) |
| v. | ORDER MODIFYING CONDITIONS OF RELEASE |
| VICTOR RODRIGUEZ | |

This matter having been brought before the Court on Defendant's application for an order eliminating the previously imposed conditions of electronic monitoring and a curfew; Defendant having been supervised by Pretrial Services since January 2020 without incident; and the Court having found these conditions of release are no longer necessary to address either risk of flight or danger to the community; and Pretrial Services and the Government having no objection; and for good cause shown;

IT IS ORDERED this __16th__ day of September 2020 that Defendant is no longer subject to electronic monitoring and a curfew as conditions of his release.

IT IS FURTHER ORDERED that all other conditions of release remain in effect.

_____
Douglas E. Arpert
United States Magistrate Judge

RECEIVED

SEP 16 2020

DOUGLAS E. ARPERT
U.S. MAGISTRATE JU...